JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. GUZMAN, an individual, on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>SHAW INDUSTRIES GROUP, INC., a Georgia Corporation. and DOES 1 through 50, inclusive,<br><br>        Defendant. | Case No. CV11-4576 DMG (FMOx)<br><br>**ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PURSUANT TO FED. R.CIV. P. 41**<br>**[11]** |

-2-

Having been advised by the Parties that a Confidential Settlement Agreement and Release was entered into, pursuant to which Plaintiff Maria E. Guzman has agreed to release all claims against Defendant Shaw Industries Group, Inc., in exchange for valuable consideration, the above-entitled action is, by reason of the settlement, hereby dismissed with prejudice in its entirety as to all parties.

**IT IS SO ORDERED**.

Date:  September 24, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE